```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 44701
   JOSEPH PUTHENPURAKAL
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-3076


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/06/05 .

     2.  The case was converted to Chapter 7 without confirmation, 11/04/2005.

     3.  The Debtor paid a total of $    450.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| TCF BANK | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA BANK | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| MID AMERICA BANK | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO LOAN SERVICI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $   2200.00 and was paid $   1794.80  direct and $    405.20  through the plan.

The Trustee received $      20.43 .

Refunds to the Debtor totaled $     24.37 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/03/06

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE