# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-44701 SQU |
| Puthenpurakal, Joseph | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter      of the United States Bankruptcy Code on            . The case was converted to one under Chapter 7 on                . The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                           $

      Funds were disbursed in the following amounts:

      Administrative expenses
      Payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor

      Leaving a balance on hand of                           $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____   By:/s/GINA B. KROL_____
                                                    Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

Case 05-44701 **INDIVIDUAL ESTATE PROPERTY RECORD AND** Doc 50 Filed 08/25/09 Entered 08/25/09 14:02:39 Desc Main
**ASSET CASES** Document Page 3 of 12

Page: 1

| Case No: | 05-44701 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|---|---|
| Case Name: | Puthenpurakal, Joseph | | | | Date Filed (f) or Converted (c): | 11/16/05 (c) | Exhibit A |
| | | | | | 341(a) Meeting Date: | 12/14/05 | |
| For Period Ending: 08/06/09 | | | | | Claims Bar Date: | 08/18/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PREFERENCE (u) | Unknown | Unknown | | 13,084.54 | FA |
| 2. Real estate | 400,000.00 | 15,500.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 2,650.00 | 1,150.00 | | 0.00 | FA |
| 4. FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHES | 100.00 | 0.00 | | 0.00 | FA |
| 7. WEDDING RINGS | 200.00 | 0.00 | | 0.00 | FA |
| 8. Life Insurance | 11,000.00 | 0.00 | | 0.00 | FA |
| 9. IRA | 125,000.00 | 0.00 | | 0.00 | FA |
| 10. Stock | 1,200.00 | 0.00 | | 0.00 | FA |
| 11. Automobile | 5,025.00 | 1,800.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 170.91 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $545,775.00     $18,450.00     $13,255.45     $0.00

(Total Dollar Amount in Column 6)

_____

UST Form 101-7-TFR (4/1/2009) *(Page: 3)*

LFORM1

Ver: 14.31c

**FORM 1**

Case 05-44701 INDIVIDUAL ESTATE PROPERTY RECORD AND Doc 30 Filed 08/25/09 Entered 08/25/09 14:02:39 Desc Main
Document ASSET CASES Page 4 of 12

Page: 2

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 05-44701 SQU Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
| Case Name: | Puthenpurakal, Joseph | | Date Filed (f) or Converted (c): | 11/16/05 (c) |
| | | | 341(a) Meeting Date: | 12/14/05 |
| | | | Claims Bar Date: | 08/18/06 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has resolved preference adversaries and will review claims and prepare final report

Initial Projected Date of Final Report (TFR): 06/30/07     Current Projected Date of Final Report (TFR): 06/30/09

_____ Date: _____

GINA B. KROL

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-44701 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Puthenpurakal, Joseph | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4118  BofA - Money Market Account |
| Taxpayer ID No: | *******2348 | | | |
| For Period Ending: | 08/06/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/12/06 | 1 | Chase | Preference Settlement | 1241-000 | 5,600.00 | | 5,600.00 |
| C  06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.45 | | 5,602.45 |
| C  07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.76 | | 5,607.21 |
| C  08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.76 | | 5,611.97 |
| C  09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.61 | | 5,616.58 |
| C  10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.77 | | 5,621.35 |
| C  11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.62 | | 5,625.97 |
| C  12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.77 | | 5,630.74 |
| C  01/17/07 | 1 | Bank of America<br>Dept AZ9-503-02-11<br>1825 E. Buckeye Rd.<br>Phoenix, AZ  85034 | | 1241-000 | 7,484.54 | | 13,115.28 |
| C  01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.83 | | 13,122.11 |
| C  02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 10.12 | 13,111.99 |
| C  02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.06 | | 13,122.05 |
| C  03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.14 | | 13,133.19 |
| C  04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.80 | | 13,143.99 |

UST Form 101-7-TFR (4/1/2009)  *(Page: 5)*

LFORM2T4                                                                                                                             Ver: 14.31c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-44701 -SQU | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|
| Case Name: | Puthenpurakal, Joseph | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit B |
| | | | Account Number / CD #: | *******4118  BofA - Money Market Account | |
| Taxpayer ID No: | *******2348 | | | | |
| For Period Ending: | 08/06/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.16 | | 13,155.15 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.81 | | 13,165.96 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.18 | | 13,177.14 |
| C  08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.19 | | 13,188.33 |
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 8.40 | | 13,196.73 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 8.41 | | 13,205.14 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 7.05 | | 13,212.19 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 6.32 | | 13,218.51 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 5.24 | | 13,223.75 |
| C  02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 12.44 | 13,211.31 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 3.14 | | 13,214.45 |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.12 | | 13,217.57 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.71 | | 13,220.28 |
| C  05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.68 | | 13,221.96 |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.63 | | 13,223.59 |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.68 | | 13,225.27 |

UST Form 101-7-TFR (4/1/2009) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-44701 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Puthenpurakal, Joseph | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4118 BofA - Money Market Account |
| Taxpayer ID No: | *******2348 | | | |
| For Period Ending: | 08/06/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.67 | | 13,226.94 |
| C 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.63 | | 13,228.57 |
| C 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.28 | | 13,229.85 |
| C 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.08 | | 13,230.93 |
| C 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.67 | | 13,231.60 |
| C 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,231.71 |
| C 02/17/09 | 000303 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 10.30 | 13,221.41 |
| C 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,221.51 |
| C 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,221.63 |
| C 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 13,221.92 |
| C 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,222.26 |
| C 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,222.59 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-44701 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | Puthenpurakal, Joseph | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4118  BofA - Money Market Account |
| Taxpayer ID No: | *******2348 | | | |
| For Period Ending: | 08/06/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******4118 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 13,084.54 | 3 | Checks | 32.86 |
| | 37 | Interest Postings | 170.91 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 13,255.45 | | | |
| | | | | | Total | $ 32.86 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 13,255.45 | | | |

                        /s/    GINA B. KROL
Trustee's Signature: _____ Date: 08/06/09
                        GINA B. KROL

UST Form 101-7-TFR (4/1/2009) *(Page: 8)*

LFORM2T4

Ver: 14.31c

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-44701 SQU
Case Name: Puthenpurakal, Joseph
Trustee Name: GINA B. KROL

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: GINA B. KROL | $_____ | $_____ |
| Attorney for trustee: Cohen & Krol | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: Cohen & Krol | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000005* | *Department of the Treasury- Internal Revenue* | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Wells Fargo Card Services* | $ | $ |
| *000003* | *Discover Bank / Discover Financial Services* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Chase Manhattan Bank USA, NA | $ | $ |
| 000006 | Chase Manhattan Bank USA, NA | $ | $ |
| 000007 | eCAST Settlement Corporation, assignee of | $ | $ |
| 000008 | eCAST Settlement Corporation, assignee of | $ | $ |
| 000009 | Pramco CV6, LLC | $ | $ |
| 000010 | First National Bank of Omaha | $ | $ |
| 000011 | eCAST Settlement Corporation successor to | $ | $ |
| 000012 | MBNA America Bank NA | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .