# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:   §   Case No. 05-44701 SQU
Puthenpurakal, Joseph   §
  §
   Debtors   §
  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 13,255.79 |
| *and approved disbursements of* | $ | 32.86 |
| *leaving a balance of* | $ | 13,222.93 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GINA B. KROL* | $ 2,075.55 | $ 0.00 |
| *Attorney for trustee: Cohen & Krol* | $ 7,976.45 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:* | $ | $ |
| *Other: Cohen & Krol* | $ 0.00 | $ 70.43 |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000005* | Department of the Treasury-Internal Revenue | $ 4,000.00 | $ 3,100.50 |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 123,783.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

UST Form 101-7-NFR (4/1/2009) *(Page: 2)*

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Wells Fargo Card Services | $ 7,634.70 | $ 0.00 |
| 000003 | Discover Bank / Discover Financial Services | $ 15,134.88 | $ 0.00 |
| 000004 | Chase Manhattan Bank USA, NA | $ 11,403.52 | $ 0.00 |
| 000006 | Chase Manhattan Bank USA, NA | $ 7,995.44 | $ 0.00 |
| 000007 | eCAST Settlement Corporation, assignee of | $ 10,254.80 | $ 0.00 |
| 000008 | eCAST Settlement Corporation, assignee of | $ 29,959.94 | $ 0.00 |
| 000009 | Pramco CV6, LLC | $ 7,889.88 | $ 0.00 |
| 000010 | First National Bank of Omaha | $ 15,947.57 | $ 0.00 |
| 000011 | eCAST Settlement Corporation successor to | $ 10,078.11 | $ 0.00 |
| 000012 | MBNA America Bank NA | $ 7,484.54 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/25/2009 in Courtroom 4016 ,

United States Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/25/2009                By: /s/GINA B. KROL_____
                                              Trustee

*GINA B. KROL*
*105 WEST MADISON STREET, SUITE 1100, CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                  Page 1 of 2                   Date Rcvd: Aug 26, 2009
Case: 05-44701                 Form ID: pdf006              Total Noticed: 35

The following entities were noticed by first class mail on Aug 28, 2009.
db          +Joseph Puthenpurakal,   1230 Golfview Drive,    Woodrigde, IL 60517-7702
aty         +Cohen & Krol,   Cohen & Krol,   105 West Madison St 1100,   Chicago, IL 60602-4600
aty         +Linda M Kujaca,   P.O. Box 254,   Wood Dale, IL 60191-0254
aty         +Robert J Semrad, JR,   Robert J Semrad & Associates  L LC,   20 S Clark St,   Ste. 2800,
              Chicago, IL 60603-1811
tr          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
10000819     Charter One,   Po Box 94863,   Cleveland, OH  44101-4863
10542949     Chase Manhattan Bank USA, NA,   by eCAST Settlement Corporation,   as its agent,   P.O. Box 35480,
              Newark, NJ  07193-5480
10000820    +Citi Mastercard Shell,   P.O. Box 688907,   Des Moines, IA 50368-8907
10489568    +CitiMortgage Inc,   POB 9481,   Gaithersburg, MD 20898-9481
10000821    +Citimortgage,   P.O. Box8003,   South Hackensack, NJ 07606-8003
10000824   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   Po Box 630778,   Cincinnati, OH  45263-0778)
10000823     Fifth Third Bank,   Po Box 740789,   Cincinnati, OH  45274-0789
10750181    +Fifth Third Bank,   1850 E Paris Ave SE,   MD#ROPS05/Bankruptcy,   Grand Rapids MI 49546-6253
10000825    +First Bankcard Center Pmaha,   1620 Dodge Street,   Omaha, NE 68197-0002
10000826     First National Bank Of Omaha,   Po Box 2951,   Omaha, NE  68103-2951
10755583    +First National Bank of Omaha,   1620 Dodge St.,   Omaha, Nebtaska  68197-0002
10000827    +First USA Bank,   Dept. OH1-0552,   800 Brooksedge Blvd. 3 West,   Westerville, OH 43081-2822
10000828   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10000829    +LaSalle Bank,   4747 West Irving Park Road,   Chicago, IL 60641-2791
11098828    +MBNA America Bank NA,   MS DE 5-014-020-03,   POB 15168,   Wilmington DE 19850-5168
10000830  +++MBNA America Bank NA,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
10000831    +Mbna America,   Po Box 17054,   Wilmington, DE 19850-7054
10000832     Mbna Platinum Plus,   P.O. Box 15469,   Wilmington, DE  19886-5469
10000833    +Mid America Bank,   55th & Holmes Avenue,   Clarendon Hills, IL  60514-1500
10979558    +Pramco CV6, LLC,   6894 Pittsford Palmyra Road,   200 CrossKeys Office Park, Ste 230,
              Fairport, New York 14450-3510
10000817    +Puthenpurakal Joseph,   1230 Golfview Drive,   Woodridge, IL 60517-7702
10000818    +Robert J Semrad & Associates,   407 S Dearborn Ave,   Suite 400,   Chicago, IL 60605-1163
10000834    +TCF Bank,   800 Burr Ridge Parkway,   Burr Ridge, IL 60527-6486
10000835     Wells Fargo Bank,   PO BOX 5445,   Portland, OR  97228-5445
10435396    +Wells Fargo Card Services,   PO Box 9210,   Des Moines, IA 50306-9210
10607968     eCAST Settlement Corporation,   successor to MBNA America Bank/Delaware,   POB 35480,
              Newark, NJ  07193-5480
10760359     eCAST Settlement Corporation successor to,   MBNA America Bank Delaware N A,   POB 35480,
              Newark NJ 07193-5480
10576663     eCAST Settlement Corporation, assignee of,   MBNA America Bank, N.A.,   P.O. Box 35480,
              Newark, NJ  07193-5480
The following entities were noticed by electronic transmission on Aug 27, 2009.
10538978     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2009 00:38:20
              Discover Bank / Discover Financial Services,   P. O. Box 8003,   Hilliard, OH  43026
10000822     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2009 00:38:20     Discover Financial Services,
              PO Box 15316,   Wilmington, DE  19850
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
10576664*    eCAST Settlement Corporation, assignee of,   MBNA America Bank, N.A.,   P.O. Box 35480,
              Newark, NJ  07193-5480
10576743*    eCAST Settlement Corporation, assignee of,   MBNA America Bank, N.A.,   P.O. Box 35480,
              Newark, NJ  07193-5480
                                                                                              TOTALS: 0, * 3
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: vrowe              Page 2 of 2              Date Rcvd: Aug 26, 2009
Case: 05-44701                Form ID: pdf006          Total Noticed: 35

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2009**                    **Signature:**         *Joseph Speetjens*