JOHN H. SQUIRES

UNITED STATES BANKRUPTCY COURT

NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| Puthenpurakal, Joseph | § § | Case No. 05-44701 |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 148,300.00 |
| Total Distributions to Claimants: 3,101.08 | Claims Discharged Without Payment: 531,002.75 |
| Total Expenses of Administration: 10,155.29 | |

3) Total gross receipts of $ 13,256.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 13,256.37 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 377,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,155.29 | 10,155.29 | 10,155.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 20,000.00 | 4,000.00 | 4,000.00 | 3,101.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 386,320.45 | 123,783.38 | 123,783.38 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 783,320.45 | $ 137,938.67 | $ 137,938.67 | $ 13,256.37 |

4) This case was originally filed under chapter 13 on 10/06/2005, and it was converted to chapter 7 on 11/16/2005. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2010       By:/s/GINA B. KROL
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE | 1241-000 | 13,084.54 |
| Post-Petition Interest Deposits | 1270-000 | 171.83 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,256.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citimortgage PO Box 8003 South Hackensack, NJ 07606-6210 | | 265,000.00 | NA | NA | 0.00 |
| TCF Bank 800 Burr Ridge Parkway Burr Ridge, IL 60521 | | 112,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$ 377,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,075.55 | 2,075.55 | 2,075.55 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 10.30 | 10.30 | 10.30 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 10.12 | 10.12 | 10.12 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 12.44 | 12.44 | 12.44 |
| COHEN & KROL | 3110-000 | NA | 5,317.63 | 5,317.63 | 5,317.63 |
| GINA B. KROL | 3110-000 | NA | 2,658.82 | 2,658.82 | 2,658.82 |
| COHEN & KROL | 3120-000 | NA | 70.43 | 70.43 | 70.43 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,155.29 | $ 10,155.29 | $ 10,155.29 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn St Chicago, IL 60604 | | 20,000.00 | NA | NA | 0.00 |
| DEPARTMENT OF THE TREASURY-INTERNAL | 5800-000 | NA | 4,000.00 | 4,000.00 | 3,101.08 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ 20,000.00 | $ 4,000.00 | $ 4,000.00 | $ 3,101.08 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charter One PO Box 94863 Cleveland, OH 44101-4863 | | 47,000.00 | NA | NA | 0.00 |
| Citi Mastercard Shell PO Box 688907 Des Moines, IA 50368 | | 8,000.00 | NA | NA | 0.00 |
| Discover Financial Services PO Box 15316 Wilmington, DE 19850 | | 14,815.00 | NA | NA | 0.00 |
| Fifth Third Bank PO Box 630778 Cincinnati, OH 45263-0778 | | 2,623.00 | NA | NA | 0.00 |
| Fifth Third Bank PO Box 740789 Cincinnati, OH 45274-0789 | | 7,615.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First Bankcard Center Pmaha 1620 Dodge Street Omaha, NE 68197 | | 16,099.00 | NA | NA | 0.00 |
| First National Bank of Omaha PO Box 2951 Omaha, NE 68103-2951 | | 15,952.00 | NA | NA | 0.00 |
| First USA Bank Dept OH1-0552 800 Brooksedge Blvd. 3 West Westerville, OH 43081-0552 | | 10,150.00 | NA | NA | 0.00 |
| First USA Bank Dept OH1-0552 800 Brooksedge Blvd. 3 west Westerville, OH 43081-0552 | | 7,710.00 | NA | NA | 0.00 |
| LaSalle Bank 4747 West Irving Park Road Chicago, IL 60041 | | 30,000.00 | NA | NA | 0.00 |
| Mbna America PO Box 15027 Wilmington, DE 19850-5027 | | 9,981.00 | NA | NA | 0.00 |
| Mbna America PO Box 17054 Wilmington, DE 19884 | | 28,724.00 | NA | NA | 0.00 |
| Mbna America PO Box 17054 Wilmington, DE 19884 | | 16,385.00 | NA | NA | 0.00 |
| Mbna Platinum Plus PO Box 15469 Wilmington, DE 19886-5469 | | 10,039.00 | NA | NA | 0.00 |
| Mid America Bank 55th & Holmes Avenue Claredon Hills, IL 60514-1500 | | 155,270.45 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo Bank PO Box 5445 Portland, OR 97228-5445 | | 5,957.00 | NA | NA | 0.00 |
| CHASE MANHATTAN BANK USA, NA | 7100-900 | NA | 11,403.52 | 11,403.52 | 0.00 |
| CHASE MANHATTAN BANK USA, NA | 7100-900 | NA | 7,995.44 | 7,995.44 | 0.00 |
| DISCOVER BANK / DISCOVER FINANCIAL | 7100-900 | NA | 15,134.88 | 15,134.88 | 0.00 |
| ECAST SETTLEMENT CORPORATION SUCCES | 7100-900 | NA | 10,078.11 | 10,078.11 | 0.00 |
| ECAST SETTLEMENT CORPORATION, ASSIG | 7100-900 | NA | 10,254.80 | 10,254.80 | 0.00 |
| ECAST SETTLEMENT CORPORATION, ASSIG | 7100-900 | NA | 29,959.94 | 29,959.94 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | 7100-900 | NA | 15,947.57 | 15,947.57 | 0.00 |
| MBNA AMERICA BANK NA | 7100-900 | NA | 7,484.54 | 7,484.54 | 0.00 |
| PRAMCO CV6, LLC | 7100-900 | NA | 7,889.88 | 7,889.88 | 0.00 |
| WELLS FARGO CARD SERVICES | 7100-900 | NA | 7,634.70 | 7,634.70 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 386,320.45 | $ 123,783.38 | $ 123,783.38 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 05-44701 SQU Judge: JOHN H. SQUIRES
Case Name: Puthenpurakal, Joseph

For Period Ending: 04/13/10

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 11/16/05 (c)
341(a) Meeting Date: 12/14/05
Claims Bar Date: 08/18/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PREFERENCE (u) | Unknown | Unknown | | 13,084.54 | FA |
| 2. Real estate | 400,000.00 | 15,500.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 2,650.00 | 1,150.00 | | 0.00 | FA |
| 4. FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHES | 100.00 | 0.00 | | 0.00 | FA |
| 7. WEDDING RINGS | 200.00 | 0.00 | | 0.00 | FA |
| 8. Life Insurance | 11,000.00 | 0.00 | | 0.00 | FA |
| 9. IRA | 125,000.00 | 0.00 | | 0.00 | FA |
| 10. Stock | 1,200.00 | 0.00 | | 0.00 | FA |
| 11. Automobile | 5,025.00 | 1,800.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 171.83 | Unknown |
| TOTALS (Excluding Unknown Values) | $545,775.00 | $18,450.00 | | $13,256.37 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

LFORM1 **UST Form 101-7-TDR (9/1/2009)** *(Page: 8)* Ver: 15.08

Page: 2                                                                                                    Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:    05-44701    SQU    Judge: JOHN H. SQUIRES          Trustee Name:                        GINA B. KROL
Case Name:  Puthenpurakal, Joseph                              Date Filed (f) or Converted (c):     11/16/05 (c)
                                                               341(a) Meeting Date:                 12/14/05
                                                               Claims Bar Date:                     08/18/06

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has resolved preference adversaries and will review claims and prepare final report

Initial Projected Date of Final Report (TFR): 06/30/07       Current Projected Date of Final Report (TFR): 06/30/09

                                            Date: _____
_____
GINA B. KROL

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1  Exhibit 9

Case No:  05-44701 -SQU
Case Name: Puthenpurakal, Joseph
Taxpayer ID No: \*\*\*\*\*\*\*2348
For Period Ending: 04/13/10

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*\*4118 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 06/12/06 | 1 | Chase | Preference Settlement | 1241-000 | 5,600.00 | | 5,600.00 |
| C 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.45 | | 5,602.45 |
| C 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.76 | | 5,607.21 |
| C 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.76 | | 5,611.97 |
| C 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.61 | | 5,616.58 |
| C 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.77 | | 5,621.35 |
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.62 | | 5,625.97 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.77 | | 5,630.74 |
| C 01/17/07 | 1 | Bank of America Dept AZ9-503-02-11 1825 E. Buckeye Rd. Phoenix, AZ 85034 | | 1241-000 | 7,484.54 | | 13,115.28 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.83 | | 13,122.11 |
| C 02/15/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans, LA 70130 | BOND BOND | 2300-000 | | 10.12 | 13,111.99 |
| C 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.06 | | 13,122.05 |
| C 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.14 | | 13,133.19 |
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.80 | | 13,143.99 |

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

LFORM2T4  Ver: 15.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2 Exhibit 9

| Case No: | 05-44701 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Puthenpurakal, Joseph | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4118 BofA - Money Market Account |
| Taxpayer ID No: | *******2348 | | | |
| For Period Ending: | 04/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.16 | | 13,155.15 |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.81 | | 13,165.96 |
| C 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.18 | | 13,177.14 |
| C 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.19 | | 13,188.33 |
| C 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.40 | | 13,196.73 |
| C 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.41 | | 13,205.14 |
| C 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 7.05 | | 13,212.19 |
| C 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 6.32 | | 13,218.51 |
| C 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 5.24 | | 13,223.75 |
| C 02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | | 2300-000 | | 12.44 | 13,211.31 |
| C 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 3.14 | | 13,214.45 |
| C 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.12 | | 13,217.57 |
| C 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.71 | | 13,220.28 |
| C 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.68 | | 13,221.96 |
| C 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.63 | | 13,223.59 |
| C 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.68 | | 13,225.27 |

**UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*

LFORM2T4 Ver: 15.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 05-44701 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Puthenpurakal, Joseph | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ******4118 BofA - Money Market Account |
| Taxpayer ID No: | ******2348 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 04/13/10 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.67 | | 13,226.94 |
| C 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.63 | | 13,228.57 |
| C 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.28 | | 13,229.85 |
| C 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.08 | | 13,230.93 |
| C 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.67 | | 13,231.60 |
| C 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,231.71 |
| C 02/17/09 | 000303 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 10.30 | 13,221.41 |
| C 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,221.51 |
| C 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,221.63 |
| C 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 13,221.92 |
| C 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,222.26 |
| C 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,222.59 |
| C 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,222.93 |
| C 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,223.27 |
| C 09/23/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 13,223.51 |

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

LFORM2T4 Ver: 15.08

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

| Case No: | 05-44701 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | Puthenpurakal, Joseph | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4118 BofA - Money Market Account |
| Taxpayer ID No: | *******2348 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 04/13/10 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 09/23/09 | | Transfer to Acct #*******9938 | Final Posting Transfer | 9999-000 | | 13,223.51 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

```
Account *******4118        Balance Forward         0.00
                       2   Deposits           13,084.54
                      40   Interest Postings     171.83
                                     Subtotal $ 13,256.37        3   Checks              32.86
                       0   Adjustments In         0.00           0   Adjustments Out       0.00
                       0   Transfers In           0.00           1   Transfers Out    13,223.51
                                        Total $ 13,256.37                     Total  $ 13,256.37
```

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 05-44701 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Puthenpurakal, Joseph | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9938 BofA - Checking Account |
| Taxpayer ID No: | *******2348 | | | |
| For Period Ending: | 04/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 09/23/09 | | Transfer from Acct #*******4118 | Transfer In From MMA Account | 9999-000 | 13,223.51 | | 13,223.51 |
| C 09/28/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,075.55 | 11,147.96 |
| C 09/28/09 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's Fees per Court Order | 3110-000 | | 5,317.63 | 5,830.33 |
| C 09/28/09 | 003003 | Gina B. Krol<br>105 W. Madison Street<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 2,658.82 | 3,171.51 |
| C 09/28/09 | 003004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney Expenses per Court Order | 3120-000 | | 70.43 | 3,101.08 |
| C 09/28/09 | 003005 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Claim 000005, Payment 77.52700% | 5800-000 | | 3,101.08 | 0.00 |

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

LFORM2T4  Ver: 15.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6  Exhibit 9

| Case No: | 05-44701 -SQU | | | Trustee Name: | GINA B. KROL | |
| Case Name: | Puthenpurakal, Joseph | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******9938  BofA - Checking Account | |
| Taxpayer ID No: | *******2348 | | | | | |
| For Period Ending: | 04/13/10 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******9938

|  |  |  | Balance Forward | | 0.00 | | |
|---|---|---|---|---|---|---|---|
|  | 0 |  | Deposits | | 0.00 | | |
|  | 0 |  | Interest Postings | | 0.00 | | |
|  |  |  | Subtotal | | $ 0.00 | | |
|  | 0 |  | Adjustments In | | 0.00 | | |
|  | 1 |  | Transfers In | | 13,223.51 | | |
|  |  |  | Total | | $ 13,223.51 | | |
|  |  |  | 5 Checks | | | 13,223.51 | |
|  |  |  | 0 Adjustments Out | | | 0.00 | |
|  |  |  | 0 Transfers Out | | | 0.00 | |
|  |  |  | Total | | | $ 13,223.51 | |

Report Totals

|  |  |  | Balance Forward | | 0.00 | | |
|---|---|---|---|---|---|---|---|
|  | 2 |  | Deposits | | 13,084.54 | | |
|  | 40 |  | Interest Postings | | 171.83 | | |
|  |  |  | Subtotal | | $ 13,256.37 | | |
|  | 0 |  | Adjustments In | | 0.00 | | |
|  | 1 |  | Transfers In | | 13,223.51 | | |
|  |  |  | Total | | $ 26,479.88 | | |
|  |  |  | 8 Checks | | | 13,256.37 | |
|  |  |  | 0 Adjustments Out | | | 0.00 | |
|  |  |  | 1 Transfers Out | | | 13,223.51 | |
|  |  |  | Total | | | $ 26,479.88 | |
|  |  |  | Net Total Balance | | | $ 0.00 | |

* Reversed
t Funds Transfer
C Bank Cleared

Trustee's Signature: _____/s/ GINA B. KROL_____  Date: 04/13/10
GINA B. KROL

**UST Form 101-7-TDR (9/1/2009)** *(Page: 15)*

LFORM2T4  Ver: 15.08